# Exhibit 2

STATE OF MICHIGAN
BEFORE THE MICHIGAN JUDICIAL TENURE COMMISSION

HON. LISA O. GORCYCA
6th Circuit Court
1200 N. Telegraph
Pontiac, MI 48341

FORMAL COMPLAINT NO. 98

Paul J. Fischer P35454
Examiner
3034 W. Grand Blvd
Suite #8-450
Detroit, MI 48202

Thomas W. Cranmer P25252
Miller Canfield
Attorney for Respondent
840 W. Long Lake Rd #150
Troy, MI 48098-6356

Margaret N.S. Rynier P34594
Co-Examiner
3034 W. Grand Blvd
Suite #8-450
Detroit, MI 48202

Christian E. Hildebrandt P46989
Vandeveer Garzia
Attorney for Respondent
840 W. Long Lake Rd #600
Troy, MI 48098-6356

On May 27, 2016
In the 35th District Court
City of Plymouth, County of Wayne, State of Michigan

**Examiner and Respondent Motions**

Presiding Master: **Hon. Daniel P. Ryan**

The parties having brought four (4) motions before the Master on May 27, 2016: 1) Examiner's Motion to Strike Deposition Testimony of Susan Lichterman; 2) Examiner's Motion to Strike Witnesses; 3) Respondent's Motion to Disqualify Examiner and JTC staff; and 4) Respondent's Motion in Limine to Preclude Exhibits and Testimony regarding Events after the June 24, 2015 Hearing. The Master having read all four (4) motions and briefs in support; answers and briefs in response to those motions; one reply to an answer; and e-mail correspondence correcting a case citation in the reply brief and additionally having heard oral arguments on May 27, 2016 on each one of the four motions; and for those additional reasons set forth on the record, the Master:

1

1. **Denies** Examiner's Motion to Strike the May 16, 2016 Deposition of Susan Lichterman and preserves said deposition testimony as an offer of proof of Ms. Lichterman's testimony;
2. **Grants** Examiner's Motion to Strike Witnesses;
3. **Denies** Respondent's Motion to Disqualify Examiner and JTC staff and subsequent oral request to refer this matter to the Commission; and
4. **Denies** Respondent's Motion in Limine to Preclude Exhibits and Testimony regarding Events after the June 24, 2015 Hearing.

IT IS SO ORDERED,

Hon. Daniel P. Ryan
Master

DATED: May 27, 2016

2

```
 1                    STATE OF MICHIGAN
              BEFORE THE JUDICIAL TENURE COMMISSION
 2    -------------------------------

 3    COMPLAINT AGAINST:

 4    Hon. Lisa O. Gorcyca              Formal Complaint No. 98
      6th Circuit Court
 5    1200 North Telegraph
      Pontiac, Michigan 48341
 6    -------------------------------

 7                      M O T I O N S

 8    held before the Special Master Hon. Daniel P. Ryan at

 9    35th District Court, 660 Plymouth Road, Plymouth, Michigan, on

10    Friday, May 27, 2016, commencing at or about 9:15 a.m.

11

12    APPEARANCES:

13    For the MJTC:        MICHIGAN JUDICIAL TENURE COMMISSION
                           3034 West Grand Boulevard, Suite 8-450
14                         Cadillac Place
                           Detroit, Michigan  48202
15                         313.875.5110
      Examiner:            BY: MR. PAUL J. FISCHER (P35454)
16    Associate Examiner:      MS. MARGARET N.S. RYNIER (P34594)

17    For the Respondent:  VANDEVEER GARZIA, PC
                           840 West Long Lake Road, Suite 600
18                         Troy, Michigan  48098
                           248.312.2800
19                         BY: MR. CHRISTIAN E. HILDEBRANDT (P46989)
                               MR. DAVID HOUBECK (P77002)
20
                           MILLER CANFIELD, PC
21                         840 West Long Lake Road, Suite 150
                           Troy, Michigan  48098
22                         248.267.3381
                           BY:  MR. THOMAS W. CRANMER (P25252)
23

24    REPORTER:  Ms. Elsa J. Jorgensen, CSR-6600

25    ALSO PRESENT:  Hon. Lisa O. Gorcyca and others
                                  1
         Transcript & Information Services, LLC   MI firm 8518
                           248.561.1452
```

```
 1    contact with the Israeli General Consul.  I want you to
 2    send reports to the Israeli General Consul.
 3             And when that's refused by the GAL, at a
 4    family party with Susan Lichterman, doing the same thing
 5    with the attorney for the defendant.
 6             THE MASTER:  Chris, let me ask you this
 7    question.  And many times in my previous life before
 8    retirement, if I had citizens from another country which
 9    were involved in litigation before my court, it was Not
10    uncommon for the consulate -- and it doesn't, you know,
11    it doesn't necessarily matter if it was the Israeli
12    Consulate or not.  It's not uncommon for the consulate
13    to approach either the prosecution, the defendant, or
14    even the Court to check on the wellbeing of citizens,
15    potential citizens.  Aren't these children and aren't
16    the parents also Israeli citizens?
17             MR. HILDEBRANDT:  The parents are certainly
18    Israeli citizens.  The children were born here.  Israel,
19    I'm sure, considers them Israeli citizens.
20             THE MASTER:  Right.  And would it be
21    inappropriate for the consulate to reach out to check on
22    the wellbeing or welfare of potential -- the parties
23    themselves obviously are Israeli citizens, but
24    potentially also the children are Israeli citizens,
25    having been born to two Israeli parents.  Is it -- it's
```

11